UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARLOS IVAN LOZANO-VILLAMAR,

                Plaintiff,

  -against-

DAVID ROBERTS and
OHIO EASTERN EXPRESS INC.,

                Defendants.
-------------------------------------------------------------------X

Docket No.: 1:20-CV-04019

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, DAVID ROBERTS AND OHIO EASTERN EXPRESS INC. hereby certifies that this company, OHIO EASTERN EXPRESS INC., has no publicly held corporate parent, affiliates and/or subsidiaries.

Dated: New York, New York
        August 28, 2020

                                  LITCHFIELD CAVO LLP

                                  By: _____
                                    Hyun-Beck (Sean) Chung (HC 1063)
                                    420 Lexington Avenue, Suite 2104
                                    New York, New York 10170
                                    (212) 434-0100
                                    Our File No.: 6540-1
                                    ***Attorneys for Defendants***
                                    ***David Roberts and Ohio Eastern Express Inc.***